IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davenport, James | Case Number: 08 B 06290 |
|---|---|---|
| | Davenport, Michelle | Judge: Goldgar, A. Benjamin |
| | Printed: 6/3/08 | Filed: 3/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: May 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 10,795.00 | 0.00 |
| 7. | HomEq Servicing Corp | Secured | 14,873.04 | 0.00 |
| 8. | Chase Home Finance | Secured | 11,173.19 | 0.00 |
| 9. | Carrington Mortgage Services, LLC | Secured | 23,757.44 | 0.00 |
| 10. | American Express Centurion | Unsecured | 74.10 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 199.64 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 147.05 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 705.66 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 64.17 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 124.20 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 115.95 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 122.30 | 0.00 |
| 18. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 19. | Fair Financial Services | Unsecured | | No Claim Filed |
| 20. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 21. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 22. | Capital One Auto Finance | Unsecured | | No Claim Filed |
| 23. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 24. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 25. | Bally's | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davenport, James | Case Number: 08 B 06290 |
|---|---|---|
|  | Davenport, Michelle | Judge: Goldgar, A. Benjamin |
|  | Printed: 6/3/08 | Filed: 3/17/08 |

| | | | |
|---|---|---|---|
| 26. | Nelnet | Unsecured | No Claim Filed |
| 27. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 28. | HSBC | Unsecured | No Claim Filed |
| 29. | Star Island Development | Unsecured | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | No Claim Filed |

$ 62,151.74          $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

